as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on December 9, 1996 [*ante*, p. 1026], is discharged.

No. D–1763. IN RE DISBARMENT OF ELLIS. David Dale Ellis, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1764. IN RE DISBARMENT OF MINCEY. Floyd Mincey, of Dublin, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1765. IN RE DISBARMENT OF FIORE. Andrew J. Fiore, of Pleasantville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1766. IN RE DISBARMENT OF PITT. Howard Pitt, of Greenwood Lake, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–48. COLEMAN *v.* FORD MOTOR CO., INC., ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–49. IN RE LYON. Motion to direct the Clerk to file common-law petition for writ of certiorari not in compliance with this Court's Rule 20.2 denied.

No. 96–110. WASHINGTON ET AL. *v.* GLUCKSBERG ET AL. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1057.] Motion of John Doe for leave to file a brief as *amicus curiae* denied.

No. 96–270. AMCHEM PRODUCTS, INC., ET AL. *v.* WINDSOR ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 957.] Motions of Washington Legal Foundation, Chamber of Commerce of the United States of America, and National Association of Securities